In the Matter of the Opening of Marine Avenue, RICHARD
SLATER, Appellant.

(Argued June 20, 1889; decided June 28, 1889.)

APPEAL from order of the General Term of the Supreme
Court in the second judicial department, made February 11,
1889, which affirmed an order of Special Term confirming
report of commissioners herein.

*William J. Gaynor* for appellant.

*James C. Church* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

In the Matter of the Application of a Majority of the Trustees
of the SANTA EULALIA SILVER MINING COMPANY for a Volun-
tary Dissolution.

(Argued June 20, 1889; decided June 28, 1889.)

APPEAL from order of the General Term of the Supreme
Court in the first judicial department, made January 28, 1889,
which affirmed order of Special Term dissolving the above-
named corporation, and appointing a receiver of its effects.

*John A. Amundson* for appellants.

*J. Warren Greene* for respondents.

Agree to affirm on opinion of court below.
All concur.
Order affirmed.